UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE CABEZAS, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 7:19-CV-27 |
| BRAVURA INFORMATION TECHNOLOGY SYSTEMS, INC., *et al*, | § § § § | |
| Defendants. | § | |

## **ORDER**

The Court now considers the parties' "Stipulated Protective Order Concerning Confidential Information."[1] Therein, the parties make no motion or request of the Court. The "Stipulated Protective Order Concerning Confidential Information" simply reads like a proposed order to an absent motion.[2] If the parties wish to seek relief in this Court, the Court instructs the parties to file a motion that pertains to the requested relief. The Court hereby **STRIKES** the parties' "Stipulated Protective Order Concerning Confidential Information"[3] as improperly filed.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of June, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 18.
[2] The Court notes the parties misspell Judge Alvarez's first name as "Michaela." *Id.* at p. 11.
[3] Dkt. No. 18.