**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **JORGE CABEZAS** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 7:19-CV-00027** |
| **VS.** | § | |
| | § | |
| **BRAVURA INFORMATION** | § | |
| **TECHNOLOGY SYSTEMS, INC., and** | § | |
| **CLAUDINE ADAMS** | § | |
| | § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

Having approved the settlement agreement, the Court orders that Plaintiff's claims are **DISMISSED** with prejudice. This is a Final Judgment disposing of all issues, and all relief not expressly granted is **DENIED**.

Without affecting the finality of this Judgment in any way, this Court retains jurisdiction of all matters relating to the interpretation, administration, and implementation of the settlement agreement.

DONE this 11th day of December, 2019, at McAllen, Texas.

J. SCOTT HACKER
United States Magistrate Judge